UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADVANTAGE OPEN MRI, INC.,

    Plaintiff,

vs.                                                       CASE NO. 8:08-CIV-2308-T-17-EAJ

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Elizabeth A. Jenkins on July 24, 2009 (Docket No. 30). The magistrate judge recommended that the Court grant the plaintiff's motion to remand (Docket 8).

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). The defendants filed objections to the report and recommendation (Docket No. 32) and the plaintiff filed a response to the objections (34).

## **STANDARD OF REVIEW**

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation and finds the defendants' objections without merit. Accordingly, it is

**ORDERED** that the report and recommendation, September 18, 2008 (Docket No. 30) be **adopted** and **incorporated by reference**; the defendants' objections are **overruled**; and the plaintiff's motion to remand (Docket 8) be **granted**. The Clerk of Court is directed to remand this case to the appropriate state court and to close the case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of September, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge